UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00367

**Vie Eisha Garrett,**
*Plaintiff,*

v.

**Aaron M. Burks,**
*Defendant.*

# ORDER

Plaintiff, proceeding pro se, brought this negligence action alleging that defendant mismanaged her living conditions. Doc. 1 at 4. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's case be dismissed for lack of subject-matter jurisdiction. Doc. 3 at 2. Plaintiff did not file written objections. When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's claims are dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on November 18, 2025.*

J. Campbell Barker
United States District Judge